357 U.S. 571
 78 S.Ct. 1383
 2 L.Ed.2d 1547
 NATIONAL BISCUIT COMPANY, appellant,
v.
COMMONWEALTH OF PENNSYLVANIA.
 No. 990.
 Supreme Court of the United States
 June 30, 1958
 
 Messrs. Roy J. Keefer and Leslie M. Swope, for appellant.
 Messrs. Thomas D. McBride, Atty.Gen. of Pennsylvania and George W. Keitel, Deputy Atty.Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.